# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067-6055
310.228.3700 main
310.228.3701 main fax
www.sheppardmullin.com

310.228.3715 direct
pberkowitz@sheppardmullin.com

February 17, 2016

File Number: 0794-221291

The Honorable Joseph C. Spero
Chief Magistrate Judge
United States District Court
Northern District of California
San Francisco Courthouse
450 Golden Gate Avenue
Courtroom G, 15th Floor
San Francisco, CA 94102

Re:  Huy Nguyen v. Wells Fargo Bank, et al., USDC Case No. 3:15-cv-5239
     Case Management Conference, Friday, February19, 2016, 2:00 p.m.

Dear Judge Spero:

I request permission to appear telephonically at the above-referenced Case Management Conference scheduled on Friday, February 19, 2016 at 2:00 p.m. I have a meeting scheduled in Los Angeles earlier in the day that prevents me from attending in person. I will be available at (310) 228-3715. Thank you for your consideration.

Respectfully yours,

Paul Berkowitz
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:475111890.1

IT IS HEREBY ORDERED THAT Mr. Berkowitz shall be on phone standby beginning at 2:00 PM and await the Court's call.

Dated: 2/17/16          /s/ Joseph C. Spero
                        Chief Magistrate Judge