UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL MINUTE ORDER**

| **Case No.:** 15-cv-05239-JCS | **Case Name:** Nguyen v. Wells Fargo Bank, National Association | |
|---|---|---|
| **Chief Magistrate Judge: JOSEPH C. SPERO** | **Date**: September 8, 2017 | **Time:** 30 M |

**Attorney for Plaintiff:** Edward Wynne
**Attorney for Defendant:** Tom Kaufman

**Deputy Clerk:** Karen Hom            **Court Reporter:** Lydia Zinn

**PROCEEDINGS**

1. Motion to Certify Class [dkt 46] - Granted

**ORDERED AFTER HEARING**

Defendant will file the 2016 comp plan and the 2002 DLC.

**NOTES:**

**CASE CONTINUED TO:**

**REFERRALS:**

[ ] Case referred to ADR for   to occur within  .
[ ] Case referred to (random) Magistrate Judge for a SETTLEMENT CONFERENCE to occur within, or as is convenient to the judge's calendar.
[ ] Case referred to Magistrate Judge   for  a SETTLEMENT CONFERENCE to occur within  or as is convenient to the judge's calendar.

**PRETRIAL SCHEDULE:**
**Initial Disclosures:**
**Number of Depos:**
**Discovery Cutoff:**
**Expert Disclosure:**
**Expert Rebuttal:**
**Expert Discovery Cutoff:**
**Motions Hearing & Daubert Motions:**          at 9:30 AM
**Pretrial Conference:**           at 2:00 PM
**Trial:**        a**t 8:30 AM for**        **days**    [ ]  **Jury**  [ ]  **Court**

**Order to be prepared by:**
[ ] Plaintiff          [ ] Defendant          [ ] Court
**cc:**
*(T) = Telephonic Appearance