UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

DEC 20 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HUY NGUYEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff-Respondent,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant-Petitioner. | No.   17-80200<br><br>D.C. No. 3:15-cv-05239-JCS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:  PAEZ and IKUTA, Circuit Judges.

The court, in its discretion, grants the petition for permission to appeal the district court's September 22, 2017 order granting class action certification.  *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).  Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

IHP/MOATT